Certificate Number: 16339-PAE-DE-038856286

Bankruptcy Case Number: 19-14674



16339-PAE-DE-038856286

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2024, at 12:29 o'clock PM EDT, Mohamed Zedan completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 11, 2024             By:    /s/Kelley Tipton

                                       Name:  Kelley Tipton

                                       Title: Certified Financial Counselor